AO 91 (REV.5/85) Criminal Complaint    Case 1:08-cr-00114   Document 1   Filed 02/07/2008   Page 1 of 6    AUSA Stephen Chahn Lee, (312) 353-4127

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY L. MAHONEY

**FILED**
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE VALDEZ

CRIMINAL COMPLAINT

CASE NUMBER: 08CR 0114

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about February 6, 2008 and on December 28, 2007, in Will County, in the Northern District of Illinois, Eastern Division, defendant did,

> by force and violence, and by intimidation, take from the person and presence of a bank employee approximately $445 in United States currency and $9,850 in United States currency, respectively, belonging to and in the care, custody, control, management, and possession of Chase Bank, 2500 W. Jefferson Street, Joliet, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a task force officer with the FBI Violent Crime Safe Streets Task Force and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  X  Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 7, 2008                                   at    Chicago, Illinois
Date                                                     City and State

Maria Valdez, U.S. Magistrate Judge                      _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

STATE OF ILLINOIS )
)
COUNTY OF COOK )

## AFFIDAVIT

I, Dale Underwood, first being duly sworn, state the following:

1. I have been a police officer for approximately 26 years and a member of the Joliet Police Department for approximately 20 years. I have been a task force officer with the FBI Violent Crime Safe Streets Task Force for more than 11 years. I have participated in the investigation of more than 100 bank robberies during my time on the task force.

### Basis for and Purpose of Affidavit

2. The information contained in this affidavit is based upon my personal knowledge, my participation in this investigation, information gathered from other law enforcement officers, information gathered from bank employees, and information gained through my training and experience. The information below is provided for the limited purpose of establishing probable cause in support of the attached complaint charging ANTHONY L. MAHONEY with bank robbery in violation of 18 U.S.C. § 2113(a), and does not contain all details or all information of which I am aware relating to this investigation.

### Bank Robbery at Chase Bank on December 28, 2007

3. According to Teller A, who was working at Chase Bank located at 2500 West Jefferson Street in Joliet, Illinois, on December 28, 2007, at approximately 2:32 p.m., a white male, approximately 5' 10" to 6' in height, with a heavy build, wearing a grey hooded sweatshirt with a dark shirt underneath, a grey knit hat, and sunglasses, entered the bank. The man approached Teller A and slid her a note which stated:

>     This is a bank robbery
>     I have a gun
>     Give me all The money
>     Or Ill shoot

4. Teller A complied with the robber's demand and handed him approximately $9,850 in United States currency. The robber exited the bank with the currency.

### Bank Robbery at Chase Bank on February 6, 2008

5. According to Teller B, who was working at Chase Bank located at 2500 West Jefferson Street in Joliet, Illinois, on February 6, 2008, at approximately 12:55 p.m., a white male, approximately 5' 8" in height, with a stocky build, wearing dark jeans which appeared to be wet, a black hooded jacket with the hood up, and black sunglasses entered the Chase Bank located at 2500 West Jefferson Street in Joliet, Illinois. The man approached the customer service area near a teller station and removed his sunglasses. The man then presented Teller B with a handwritten note which stated "This is a bank robbery. Give me all the money or I'll shoot."

6. Teller B complied with the robber's demand and handed him approximately $445 in United States currency. Teller B also handed him a pack of bait bills with prerecorded serial numbers and a dye pack. The robber placed the currency, the pack of bait bills, and the dye pack into a bag. The robber then asked, "Is that all?" Teller B answered, "Yes." The robber then exited the bank. Teller B activated her alarm and also activated the alarm in the next teller station.

7. A Chase Bank financial advisor was walking through the bank and overheard Teller B say that her teller station had been robbed. The financial advisor then returned to his office in the northwest corner of the bank and observed the robber walking past his office

windows. The financial advisor observed a large amount of reddish-pink smoke coming from the robber's bag and the robber trying to conceal the bag inside his jacket pocket once the smoke stopped. The advisor then watched the robber as he walked eastbound on Jefferson Street.

8. A Joliet police officer was in the vicinity of Chase Bank and in a squad vehicle when he overheard a dispatch regarding the bank robbery. Soon thereafter, the officer noticed a man matching the robber's description given by bank employees walking eastbound away from the bank. The officer observed the man lower his head and turn away.

9. The officer then exited his vehicle and approached the man. The officer noticed red dye on the man's hands and asked what the dye was. The man responded with words to the effect of, 'it is only dye.' The officer asked, "Did you hurt anybody?" The man responded with words to the effect of, "No, I just showed them a note."

10. The officer conducted a search of the robber which revealed a large bulge in the man's left front pocket. The officer removed the bulge and found United States currency that was stained with red dye. Some of this currency was later matched to the bait bills that Teller B had placed in the robber's bag.

11. The man then identified himself to the officer as ANTHONY L. MAHONEY.

12. The officer took MAHONEY into custody and took him back to Chase Bank. Teller B identified MAHONEY as the person who had just robbed her teller station.

**Confession of ANTHONY L. MAHONEY**

13. MAHONEY then was transported to the Joliet Police Department, where he was processed and taken to the department's investigation section.

14. A Joliet police detective and I read MAHONEY his Miranda rights. Mahoney responded, "I have dye all over my hands. What more do you need?" I noted that MAHONEY

had red dye on his jacket and pants as well. MAHONEY then acknowledged his rights and signed a waiver form. MAHONEY also consented to the video and audio recording of his interview.

15. During the subsequent interview, MAHONEY confessed to robbing Chase Bank on February 6, 2008. MAHONEY also confessed to robbing Chase Bank on December 28, 2007.

### Video Comparison by Law Enforcement Agents

16. Law enforcement agents have compared the video from the bank robberies at Chase Bank on February 6, 2008, and on December 28, 2007, with MAHONEY, whose physical description matches the robber depicted in the video surveillance.

### FDIC Insured Status of Chase Bank

17. According to the assistant bank manager at Chase Bank, on December 27, 2007, and on February 6, 2008, at the time of each of the robberies, the Federal Deposit Insurance Corporation ("FDIC") insured the deposits of the Chase Bank located at 2500 West Jefferson Street in Joliet, Illinois.

## Conclusion

18.     Based on the facts set forth above, I believe there exists probable cause to believe that ANTHONY L. MAHONEY robbed the Chase Bank located at 2500 West Jefferson Street in Joliet, Illinois, on or about December 28, 2007 and on February 6, 2008, in violation of Title 18, United States Code, Section 2113(a).

Further affiant sayeth not.

_____
Dale Underwood
Task Force Officer
FBI Violent Crime Safe Streets Task Force

Subscribed and sworn to before me
this 7th day of February, 2008

_____
Maria Valdez
U.S. Magistrate Judge