Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 114 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs.Anthony L. Mahoney | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 2/7/08 as to Anthony L. Mahoney. Defendant appears in response to the arrest on 2/6/08. Defendants informed of his rights. Daniel G. Martin's oral motion for appointment of counsel for defendant is granted. Defendant's oral motion to extend detention and preliminary examination is granted to 2/12/08 at 2:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|