U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA v Mahoney

Case Number:

08 CR 114

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANTHONY LUTHER MAHONEY

FILED
FEB - 7 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | DANIEL G. MARTIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Daniel G. Martin |
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E. Monroe Street, Suite 2800 |
| CITY/STATE/ZIP | Chicago, Illinois  60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☑ |