# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 114 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. Anthony L. Mahonney | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/12/2008 as to Anthony L. Mahonney. Defendant having waive detention without prejudice. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|