NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KENNELLY**

**MAGISTRATE JUDGE VALDEZ**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 114 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code |
| | ) | Section 2113(a) |
| ANTHONY MAHONEY | ) | |
| | ) | |

**FILED**
2-26-08
FEB 2 6 2008
NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about December 28, 2007, at Joliet, in the Northern District of Illinois, Eastern Division,

ANTHONY MAHONEY,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $9,850 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 2500 W. Jefferson Street, Joliet, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 6, 2008, at Joliet, in the Northern District of Illinois, Eastern Division,

ANTHONY MAHONEY,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $445 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, 2500 W. Jefferson Street, Joliet, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY