08 GJ 160

NF

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0114 | DATE | FEBRUARY 26, 2008 |
| CASE TITLE | US v. ANTHONY L. MAHONEY | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL FEBRUARY 2008-1** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _[signature]_

Docket Entry:

NO BOND SET, DETAINED BY MAGISTRATE.

**FILED**

FEB 2 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE KENNELLY

MAGISTRATE JUDGE VALDEZ

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE         UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |