# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 114 | **DATE** | 3/3/2008 |
| **CASE TITLE** | USA vs. Anthony Mahoney | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the indictment. 16.1 conference to be held by 3/31/2008. Pre-trial motions due 4/30/2008. Response to motions due 5/30/2008, and reply brief by 6/13/2008. Jury trial set for 9/15/2008 at 9:45 AM. Status hearing set to 9/15/2008 at 1:30 PM. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

| | Courtroom Deputy Initials: | OR |
|---|---|---|