## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 114 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. Anthony Mahoney | | |

**DOCKET ENTRY TEXT**

Status hearing date of 7/10/2008 is vacated and reset to 7/16/2008 at 1:30 PM. Ordered time excluded from 7/10/2008 through 7/16/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cr-00114    Document 14    Filed 07/07/2008    Page 1 of 1

08CR114 USA vs. Anthony Mahoney      Page 1 of 1