## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 114 | **DATE** | 7/16/2008 |
| **CASE TITLE** |  | USA vs. Anthony Mahoney | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/6/08 at 1:30PM.  Ordered time excluded from 7/16/2008 through 8/6/2008, in the interest of justice, pursuant to 18 U.S.C. (h)(8)(I). (X-T1).  Parties are required to contact courtroom deputy, if the parties would like to proceed by change of plea.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|