IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 114 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| ANTHONY MAHONEY | ) | |

### DEFENDANT'S MOTION FOR COMPETENCY EVALUATION

Defendant ANTHONY MAHONEY, by the FEDERAL DEFENDER PROGRAM and its attorney DANIEL G. MARTIN, moves pursuant to 18 U.S.C. § 4241 (a) and (b) for entry of an order that a psychiatric examination of the defendant be conducted to determine his mental competency to stand trial. In support of this motion, defendant states as follows:

1. Under 18 U.S.C. §4241, this Court must order a hearing to determine the mental competency of a defendant if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Prior to such a hearing, §4241(b) states that a court may order that a psychiatric evaluation of the defendant be performed.

2. In his recent communications with defense counsel, Mr. Mahoney has displayed some serious emotional deficits, as well as extremely apathetic behavior which may be indicative of a lack of competency. Moreover, defense counsel has reviewed very recently received mental health and hospitalization medical records of Mr. Mahoney.

Those records further suggest that Mr. Mahoney may be suffering from a mental disease or defect rendering him mentally incompetent to stand trial.

3. Defense counsel is simply not qualified to make even an initial determination regarding competency. He would feel remiss, however, if he did not raise the request with this Court at this time. This Court has set a trial date of September 15, 2008. Defense counsel urges that this Court vacate that trial date pending receipt of the results of psychological testing and evaluation. In the event Mr. Mahoney is found competent to stand trial, defense counsel will most likely still seek resolution of the case short of trial.

4. The combination of the indications listed above in the form of serious emotional shortcomings, extremely apathetic behavior, and corroborating medical records gives defense counsel reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Defense counsel urges that the prudent course of action is to have Mr. Mahoney examined by a qualified expert in order to ascertain his competency to plead guilty, which is the likely outcome of the instant case.

WHEREFORE, defendant respectfully requests that this Court issue an order directing that Anthony Mahoney be examined by a licensed or certified psychiatrist from Isaac Ray Center who shall prepare and file with the Court, defense counsel and the government, a written report that includes:

    a)    defendant's history and present symptoms;

b)  a description of the psychiatric, psychological, and medical tests that were employed, and their results;

c)  the examiner's findings;

d)  the examiner's opinions as to diagnosis and prognosis;

e)  an opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy,
Executive Director

BY: /s/ Daniel G. Martin
        Daniel G. Martin

DANIEL G. MARTIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8328

3

## CERTIFICATE OF SERVICE

      The undersigned, <u>Daniel G. Martin</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**DEFENDANT'S MOTION FOR COMPETENCY EVALUATION**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 5, 2008, to counsel/parties that are non-ECF filers:

                        By:    <u>s/Daniel G. Martin</u>
                                Daniel G. Martin
                                FEDERAL DEFENDER PROGRAM
                                55 E. Monroe St., Suite 2800
                                Chicago, Illinois 60603
                                (312) 621-8328

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 114 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY MAHONEY | ) | Judge Matthew F. Kennelly |

# PROPOSED ORDER

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 114 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| ANTHONY MAHONEY | ) | |

ORDER

This cause having come before the Court and the Court having been advised of relevant matters, IT IS HEREBY ORDERED THAT:

Pursuant to 18 U.S.C. §4241, Anthony Mahoney shall be examined by a licensed or certified psychiatrist from the Isaac Ray Center who shall prepare and file with the Court, defense counsel and the government, a written report that includes:

a) defendant's history and present symptoms;

b) a description of the psychiatric, psychological, and medical tests that were employed, and their results;

c) the examiner's findings;

d) the examiner's opinions as to diagnosis and prognosis;

e) an opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

ENTER:_____
U.S. District Court Judge

DATED:_____