IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 114 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| ANTHONY MAHONEY | ) | |

NOTICE OF MOTION

TO:   Mr. Steven Lee
      Assistant United States Attorney
      219 S. Dearborn Street
      Chicago, IL  60604

    PLEASE TAKE NOTICE that on Tuesday, August 12, 2008, we shall appear before the Honorable Matthew F. Kennelly at 1:30 p.m. in Courtroom 2103 in the Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall present the attached motion.

-   DEFENDANT'S MOTION FOR COMPETENCY EVALUATION

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              Terence F. MacCarthy
                              Executive Director

                              By: /s/ Daniel G. Martin
                                  Daniel G. Martin

DANIEL G. MARTIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street – Suite 2800
Chicago, IL  60603
(312) 621-8328