# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 114 | **DATE** | 8/6/2008 |
| **CASE TITLE** | USA vs. Anthony Mahoney | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/9/2008 at 1:30 PM. Defendant's motion for medical exam is granted (16,17). Enter Order. Trial date of 9/15/2008 is vacated. Ordered time excluded through 10/9/2008 pursuant to 18 U.S.C. 3161(h)(1)(A) - (X-A)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|