

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 114 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| ANTHONY MAHONEY | ) | |

## ORDER

This cause having come before the Court and the Court having been advised of

relevant matters, IT IS HEREBY ORDERED THAT:

Pursuant to 18 U.S.C. §4241, Anthony Mahoney shall be examined by a licensed

or certified psychiatrist from the Isaac Ray Center who shall prepare and file with the

Court, defense counsel and the government, a written report that includes:

a)    defendant's history and present symptoms;

b)    a description of the psychiatric, psychological, and medical tests that were
      employed, and their results;

c)    the examiner's findings;

d)    the examiner's opinions as to diagnosis and prognosis;

e)    an opinion as to whether the defendant is suffering from a mental disease or
      defect rendering him mentally incompetent to the extent that he is unable to
      understand the nature and consequences of the proceedings against him or
      to assist properly in his defense.

ENTER:_____
                 U.S. District Court Judge

DATED:_  8 - 6 - 0 8_